| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br>Order Filed on December 5, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br><br>    MARY ANN KOPIDLOWSKI | Case No.:  17-19172 SLM<br><br>Hearing Date:  7/12/2017<br><br>Judge:  STACEY L. MEISEL<br><br>Debtor is Not Entitled To Discharge |

## AMENDED MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: December 5, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:       17-19172 SLM

Caption of Order:   AMENDED MODIFIED ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 04/02/2018 is hereby modified as a result of the expiration of the claims bar date and that commencing 06/01/2017 the Debtor shall pay the Standing Trustee the sum of $302.00 for a period of 10 month(s), and then commencing 04/01/2018 the sum of $382.00 for a period of 50 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

Jeanne Naughton, Clerk