Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF APRIL  5, 2022

**Chapter 13 Case # 17-19172**

Re:   MARY ANN KOPIDLOWSKI　　　　　　　　　　　Atty:   MICHAEL G. BOYD
　　　98  RACE STREET　　　　　　　　　　　　　　　　　　　　　CHESTNUT HILL PROFESSIONAL CENTER
　　　NUTLEY, NJ  07110　　　　　　　　　　　　　　　　　　　　 157 ENGLE STREET
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 ENGLEWOOD, NJ  07631

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/01/2017 | $302.00 | 4006950000  - | 07/05/2017 | $302.00 | 4092964000  - |
| 08/01/2017 | $302.00 | 4171291000  - | 09/01/2017 | $302.00 | 4250051000  - |
| 10/16/2017 | $302.00 | 4365216000  - | 11/17/2017 | $302.00 | 4450105000  - |
| 12/06/2017 | $302.00 | 4501751000  - | 01/17/2018 | $302.00 | 4599331000  - |
| 03/16/2018 | $302.00 | 4756647000  - | 04/05/2018 | $302.00 | 4813238000 |
| 04/06/2018 | $382.00 | 4815413000 | 05/25/2018 | $382.00 | 4939192000 |
| 08/01/2018 | $382.00 | 5115627000 | 09/04/2018 | $382.00 | 5199507000 |
| 10/09/2018 | $1,146.00 | 5300618000 | 11/16/2018 | $382.00 | 5397088000 |
| 01/04/2019 | $382.00 | 5520513000 | 01/22/2019 | $382.00 | 5555700000 |
| 02/25/2019 | $382.00 | 5643717000 | 03/28/2019 | $382.00 | 5735666000 |
| 04/16/2019 | $382.00 | 5786157000 | 06/03/2019 | $382.00 | 5905339000 |
| 07/05/2019 | $382.00 | 5995919000 | 07/18/2019 | $382.00 | 6024812000 |
| 10/02/2019 | $382.00 | 6224285000 | 11/12/2019 | $382.00 | 6322560000 |
| 11/26/2019 | $382.00 | 6355801000 | 12/13/2019 | $382.00 | 6402903000 |
| 01/03/2020 | $382.00 | 6454211000 | 02/14/2020 | $382.00 | 6561512000 |
| 03/02/2020 | $382.00 | 6603710000 | 03/06/2020 | $382.00 | 6621316000 |
| 03/19/2020 | $382.00 | 6649110000 | 04/21/2020 | $382.00 | 6729762000 |
| 05/20/2020 | $382.00 | 6803678000 | 07/01/2020 | $382.00 | 6907130000 |
| 07/31/2020 | $382.00 | 6977946000 | 09/01/2020 | $382.00 | 7053105000 |
| 09/29/2020 | $382.00 | 7118934000 | 11/02/2020 | $382.00 | 7199109000 |
| 12/01/2020 | $382.00 | 7274059000 | 01/06/2021 | $382.00 | 7362083000 |
| 01/29/2021 | $382.00 | 7412707000 | 03/01/2021 | $382.00 | 7485594000 |
| 03/31/2021 | $382.00 | 7563091000 | 04/29/2021 | $382.00 | 7631292000 |
| 05/27/2021 | $382.00 | 7697479000 | 07/06/2021 | $382.00 | 7792006000 |
| 08/02/2021 | $382.00 | 7851115000 | 08/30/2021 | $382.00 | 7911151000 |
| 10/01/2021 | $382.00 | 7985517000 | 11/01/2021 | $382.00 | 8052261000 |
| 12/02/2021 | $382.00 | 8122459000 | 01/03/2022 | $382.00 | 8178016000 |
| 02/07/2022 | $382.00 | 8263033000 | 03/23/2022 | $382.00 | 8356403000 |

**Total Receipts: $21,356.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $21,356.00**

**Chapter 13 Case # 17-19172**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,241.71 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,998.64 | 100.00% | 2,749.66 | 248.98 |
| 0003 | NEW RESIDENTIAL MORTGAGE LLC | MORTGAGE ARRE | 1,965.74 | 100.00% | 1,965.74 | 0.00 |
| 0005 | WELLS FARGO OPERATIONS CENTER | MORTGAGE ARRE | 13,530.26 | 100.00% | 13,530.26 | 0.00 |

**Total Paid: $20,987.37**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DITECH FINANCIAL LLC | | | | | | |
| | 12/18/2017 | $27.51 | 792303 | 01/22/2018 | $36.05 | 794126 |
| | 02/20/2018 | $36.05 | 796040 | 04/16/2018 | $36.05 | 799680 |
| | 05/14/2018 | $82.08 | 801564 | 07/16/2018 | $45.84 | 805463 |
| | 09/17/2018 | $47.00 | 809308 | 10/22/2018 | $47.00 | 811194 |
| | 11/19/2018 | $137.09 | 813157 | 12/17/2018 | $45.70 | 815035 |
| | 02/11/2019 | $45.70 | 818861 | 03/18/2019 | $45.70 | 820787 |
| | 04/15/2019 | $45.70 | 822834 | 05/20/2019 | $91.39 | 824802 |
| | 07/15/2019 | $46.52 | 828731 | 08/19/2019 | $93.04 | 830604 |
| | 11/18/2019 | $45.94 | 836764 | 12/16/2019 | $45.94 | 838708 |
| | 01/13/2020 | $91.88 | 840592 | | | |
| NEW RESIDENTIAL MORTGAGE LLC | | | | | | |
| | 02/10/2020 | $45.94 | 842920 | 03/16/2020 | $45.94 | 844811 |
| | 04/20/2020 | $137.82 | 846757 | 06/15/2020 | $43.61 | 850353 |
| | 07/20/2020 | $43.61 | 852141 | 08/17/2020 | $44.82 | 854013 |
| | 09/21/2020 | $44.82 | 855806 | 10/19/2020 | $44.82 | 857698 |
| | 11/16/2020 | $44.83 | 859490 | 12/21/2020 | $44.82 | 861291 |
| | 01/11/2021 | $44.83 | 863112 | 02/22/2021 | $44.82 | 864737 |
| | 03/15/2021 | $44.83 | 866627 | 04/19/2021 | $44.82 | 868257 |
| | 05/17/2021 | $44.83 | 870177 | 06/21/2021 | $44.82 | 871959 |
| | 07/19/2021 | $45.55 | 873775 | 08/16/2021 | $18.03 | 875457 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 08/16/2021 | $217.00 | 8002383 | 09/20/2021 | $359.08 | 8002432 |
| | 10/18/2021 | $359.08 | 8002481 | 11/17/2021 | $362.90 | 8002529 |
| | 12/13/2021 | $362.90 | 8002581 | 01/10/2022 | $362.90 | 8002633 |
| | 02/14/2022 | $362.90 | 8002683 | 03/14/2022 | $362.90 | 8002741 |

**Chapter 13 Case # 17-19172**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO OPERATIONS CENTER | | | | | | | |
| | 12/18/2017 | $189.35 | 793895 | | 01/22/2018 | $248.13 | 795765 |
| | 02/20/2018 | $248.13 | 797584 | | 04/16/2018 | $248.13 | 801317 |
| | 05/14/2018 | $564.98 | 803206 | | 07/16/2018 | $315.53 | 807088 |
| | 09/17/2018 | $323.54 | 810952 | | 10/22/2018 | $323.54 | 812927 |
| | 11/19/2018 | $943.59 | 814819 | | 12/17/2018 | $314.53 | 816723 |
| | 02/11/2019 | $314.53 | 820553 | | 03/18/2019 | $314.53 | 822590 |
| | 04/15/2019 | $314.53 | 824567 | | 05/20/2019 | $629.07 | 826626 |
| | 07/15/2019 | $320.20 | 830384 | | 08/19/2019 | $640.40 | 832459 |
| | 11/18/2019 | $316.20 | 838494 | | 12/16/2019 | $316.20 | 840361 |
| | 01/13/2020 | $632.40 | 842265 | | 02/10/2020 | $316.20 | 844131 |
| | 03/16/2020 | $316.20 | 846086 | | 04/20/2020 | $948.60 | 848058 |
| | 06/15/2020 | $300.19 | 851492 | | 07/20/2020 | $300.19 | 853376 |
| | 08/17/2020 | $308.53 | 855179 | | 09/21/2020 | $308.53 | 857089 |
| | 10/19/2020 | $308.53 | 858901 | | 11/16/2020 | $308.52 | 860666 |
| | 12/21/2020 | $308.53 | 862582 | | 01/11/2021 | $308.52 | 864133 |
| | 02/22/2021 | $308.53 | 866110 | | 03/15/2021 | $308.52 | 867677 |
| | 04/19/2021 | $308.53 | 869599 | | 05/17/2021 | $308.52 | 871387 |
| | 06/21/2021 | $308.53 | 873242 | | 07/19/2021 | $313.53 | 874950 |
| | 08/16/2021 | $124.05 | 876661 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: April 05, 2022.

Receipts: $21,356.00      -     Paid to Claims: $18,245.66     -     Admin Costs Paid: $2,741.71     =     Funds on Hand: $368.63

Unpaid Balance to Claims: $248.98          +     Unpaid Trustee Comp: $0.00               =     Total Unpaid Balance: **($119.65)

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.