Feb 22, 2013

Diane
Bankruptcy Court

Case # 17-19172-SLM

Could you please send to me Documents # 48 and 41.
I enclosing money order for $2.00 fee.

Thank you
Mary ann Kopidlouski
98 Race St
Nutley NJ 07110
cell # 973-985-9740

4 pages @ .50 a page

